| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Brenneman Jr. Hugh W. | 2. Court or Organization USDC Michigan Western | 3. Date of Report 02/06/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Magistrate Judge-Full Time | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☐ Annual   ☑ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 07/31/2015 |

**7. Chambers or Office Address**

580 Federal Building
110 Michigan N.W.
Grand Rapids. MI 49503

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | District/Magistrate Judges, W. D. Mich. | Retirement gift of Life Membership to University of Michigan Alumni Association | $700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 02/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market Savings (L1)(Y) | | | | | | | | | |
| 2. Bank of America (accounts) | A | Interest | L | T | Open | 07/31/15 | L | | |
| 3. J.P. Morgan Chase Bank(accounts) (L2) | A | Interest | J | T | | | | | |
| 4. Goodrich MI Area Sch Dist 4.30% (L3) | A | Interest | K | T | | | | | |
| 5. Lowell MI Area Schs 6.40% Muni Bond (L5) | B | Interest | | | Redeemed | 05/01/15 | K | | |
| 6. Morrice Area Sch Dist 4.00% Muni Bond (L6) | A | Interest | K | T | | | | | |
| 7. Michigan St 4.25% Muni Bond (L7) | A | Interest | J | T | | | | | |
| 8. Michigan St Univ Revs (L8) | B | Interest | K | T | | | | | |
| 9. Grand Rapids Mich Cmnty College 4.25% (L9) | A | Interest | J | T | | | | | |
| 10. Lakewood Mich Pub Sch 3.625% | A | Interest | K | T | Buy | 04/27/15 | K | | |
| 11. Fidelity Intermediate Muni Income (L10) | C | Dividend | J | T | | | | | |
| 12. Fidelity Municipal Income (L11) | C | Dividend | J | T | | | | | |
| 13. ML BIF MI Municipal Money Fund (L12) | A | Dividend | K | T | | | | | |
| 14. Polaris Choice II Annuity (SunAmerica Ann & Life) (L15) | B | Int./Div. | L | T | | | | | |
| 15. Polaris II Annuity (L16) | B | Int./Div. | K | T | | | | | |
| 16. Perspective II Annuity (Jackson National Life) (L17) | A | Int./Div. | M | T | | | | | |
| 17. Raymond James - IRA (L18) | E | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - First Eagle Global Fund Class A M/F (L19) | | | | | | | | | |
| 19. - AT&T Incorporated (L20) | | | | | | | | | |
| 20. - Microsoft Corporation (L22) | | | | | | | | | |
| 21. - Verizon Communications Incorporated (L23) | | | | | | | | | |
| 22. - Artisan Mid Cap Value Fund Investor Class N/L (L24) | | | | | | | | | |
| 23. - Deutsche Real Estate Securities Fund (L25) | | | | | | | | | |
| 24. - Oppenheimer International Bond Fund Class A (L26) | | | | | | | | | |
| 25. - PIMCO Commodity Real Return Strategy Fund Class A (L27) | | | | | | | | | |
| 26. - Raymond James Bank Deposit Program (L28) | | | | | | | | | |
| 27. - Baxter International Incorporated (L29) | | | | | | | | | |
| 28. - Freeport-Mcmoran Copper & Gold (L30) | | | | | | | | | |
| 29. - Gentex Corporation (L31) | | | | | | | | | |
| 30. - UGI Corporation New (L32) | | | | | | | | | |
| 31. - First Eagle Fund of America Class A M/F (L33) | | | | | | | | | |
| 32. - Alliance Bernstein High Income Fund Class A M/F (L34) | | | | | | | | | |
| 33. - Bankwest FDIC #4009 CD (L35) | | | | | | | | | |
| 34. - CIT Bank FDIC #35575 CD 2.20% (17284A3Q9) (L36) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Corning Incorporated (L37) | | | | | | | | | |
| 36. - Linn Energy LLC Unit Ltd Liab (L40) | | | | | | | | | |
| 37. - Templeton Global Bond Fund Class A M/F (L41) | | | | | | | | | |
| 38. - AMG Yacktman Fund Service (L42) | | | | | | | | | |
| 39. - Intel Corporation (L43) | | | | | | | | | |
| 40. - Invesco Select Cos Fund (L44) | | | | | | | | | |
| 41. - Fidelity Advisor Materials Fund (L45) | | | | | | | | | |
| 42. - Oakmark International Fund (L46) | | | | | | | | | |
| 43. - Hennessy Focus Fund Investor Class (L47) | | | | | | | | | |
| 44. - Integrity Williston Basin Mid North (48) | | | | | | | | | |
| 45. - CIT Bank FDIC #35575 CD 2.05% (L49) | | | | | | | | | |
| 46. - Cisco Systems Incorporated (L50) | | | | | | | | | |
| 47. - First Eagle Overseas Fund Class A (L51) | | | | | | | | | |
| 48. - Apollo Global Mgmt LLC (L52) | | | | | | | | | |
| 49. Merrill Lynch - IRA #1 (L53) | D | Dividend | O | T | | | | | |
| 50. - Bank of America NA RASP (Formerly FIA Card Services NA) (L54) | | | | | | | | | See Note Part VIII |
| 51. - Kimberly Clark (L55) | | | | | Sold | 07/20/15 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 02/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Qualcomm Inc (L56) | | | | | Sold | 04/06/15 | K | D | |
| 53.  - Kimberly Clark (L67) | | | | | Sold | 07/20/15 | K | D | |
| 54.  - AMN Elec Power Co (L75) | | | | | | | | | |
| 55.  - Apple Inc (L76) | | | | | | | | | |
| 56.  - Comcast Corp New (L77) | | | | | Sold | 07/20/15 | J | A | |
| 57.  - Disney (Walt) Co (L78) | | | | | Sold (part) | 02/23/15 | K | C | |
| 58.  - Du Pont E I De Nemours (L80) | | | | | Buy (add'l) | 01/09/15 | K | | |
| 59.  - Eli Lilly & Co (L82) | | | | | Sold | 03/23/15 | K | A | |
| 60.  - Emerson Elec Co (L83) | | | | | Sold | 02/04/15 | K | | |
| 61.  - Ishares 1-3 Year Treas Bond ETF (L84) | | | | | Sold (part) | 01/05/15 | K | | |
| 62. | | | | | Sold (part) | 06/30/15 | K | A | |
| 63.  - Johnson and Johnson Com (L85) | | | | | | | | | |
| 64.  - JPMorgan Chase & Co (L86) | | | | | Sold | 03/23/15 | K | B | |
| 65.  - Lockheed Martin Corp (L87) | | | | | Sold | 02/23/15 | K | B | |
| 66.  - Medtronic Inc (L88) | | | | | Sold | 02/23/15 | K | A | |
| 67.  - Norfolk Southern Corp (L89) | | | | | Sold | 03/23/15 | J | A | |
| 68.  - Pepsico Inc (L90) | | | | | Sold | 02/23/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div.. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g.. buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - PPL Corporation (L91) | | | | | Buy (add'l) | 04/06/15 | K | | |
| 70.   - Procter & Gamble Co (L92) | | | | | | | | | |
| 71.   - U.S Treasury Strips Zero % (L94) | | | | | Buy (add'l) | 01/05/15 | K | | |
| 72. | | | | | Buy (add'l) | 04/17/15 | K | | |
| 73. | | | | | Buy (add'l) | 06/30/15 | K | | |
| 74.   - Verizon Communications (L95) | | | | | | | | | |
| 75.   - Weyerhaeuser Co (L97) | | | | | Sold | 01/20/15 | K | A | |
| 76.   - Automatic Data Proc | | | | | Buy | 04/23/15 | K | | |
| 77.   - Cambell Soup Co | | | | | Buy | 07/24/15 | J | | |
| 78.   - Conocophillips | | | | | Buy | 04/23/15 | J | | |
| 79. | | | | | Sold | 07/27/15 | J | | |
| 80.   - Eli Lilly & Co | | | | | Buy | 04/01/15 | K | | |
| 81. | | | | | Sold | 06/24/15 | K | B | |
| 82.   - Home Depot Inc | | | | | Buy | 03/18/15 | K | | |
| 83.   - Intel Corp | | | | | Buy | 02/12/15 | K | | |
| 84. | | | | | Sold | 07/15/15 | K | | |
| 85.   - Lockheed Martin Corp | | | | | Buy | 04/01/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 02/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell. redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Medtronic Inc | | | | | Buy | 07/20/15 | K | | |
| 87.  - Nextra Energy Inc | | | | | Buy | 03/26/15 | K | | |
| 88.  - | | | | | Buy (add'l) | 04/07/15 | J | | |
| 89.  - Norfolk Southern Corp | | | | | Buy | 04/01/15 | J | | |
| 90. | | | | | Sold | 05/22/15 | J | | |
| 91.  - Paychex Inc | | | | | Buy | 06/25/15 | K | | |
| 92.  - United Techs Corp Com | | | | | Buy | 03/17/15 | K | | |
| 93.  - Wells Fargo & Co New Del | | | | | Buy | 04/22/15 | K | | |
| 94. | | | | | Sold | 05/18/15 | K | A | |
| 95.  Merrill Lynch - IRA #2 (L98) | A | Dividend | K | T | | | | | |
| 96.  - Bank of America NA RASP (Formerly FIA Card Services NA) (L99) | | | | | | | | | See Note Part VIII |
| 97.  - Spectra Energy Corp (L100) | | | | | | | | | |
| 98.  - AT&T Inc (L102) | | | | | | | | | |
| 99.  - Kimberly Clark (L103) | | | | | Sold (part) | 07/20/15 | J | C | |
| 100.  - Qualcomm Inc (L104) | | | | | Sold | 04/06/15 | J | A | |
| 101.  - Emerson Elec Co (L111) | | | | | Sold | 02/04/15 | J | | |
| 102.  - Apple Inc (L119) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 02/06/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Disney (Walt) Co (L120) | | | | | Sold | 02/23/15 | J | B | |
| 104. - Dow Chemical Co (L121) | | | | | Sold | 03/27/15 | J | | |
| 105. - Eli Lilly & Co (L122) | | | | | Sold | 03/23/15 | J | A | |
| 106. - JP Morgan Chase & Co (L123) | | | | | Sold | 03/23/15 | J | A | |
| 107. - Medtronic Inc (L124) | | | | | Sold | 02/23/15 | J | A | |
| 108. - Pepsico Inc (L125) | | | | | Sold | 02/23/15 | J | A | |
| 109. - Spectra Energy Corp (L126) | | | | | | | | | |
| 110. - Unitedhealth Group Inc (L127) | | | | | Sold | 02/23/15 | J | B | |
| 111. - V F Corporation (L128) | | | | | | | | | |
| 112. - Weyerhasuser Co (L129) | | | | | Sold | 01/20/15 | J | A | |
| 113. - Campbell Soup Co | | | | | Buy | 07/24/15 | J | | |
| 114. - Comcast Corp New Cl A | | | | | Buy | 07/24/15 | J | | |
| 115. - Conocophillips | | | | | Buy | 04/23/15 | J | | |
| 116. | | | | | Sold | 07/24/15 | J | | |
| 117. - Du Pont E I De Nemours | | | | | Buy | 01/09/15 | J | | |
| 118. - Eli Lilly & Co | | | | | Buy | 04/01/15 | J | | |
| 119. | | | | | Sold | 06/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Home Depot Inc | | | | | Buy | 03/18/15 | J | | |
| 121. - Intel Corp | | | | | Buy | 02/12/15 | J | | |
| 122. | | | | | Sold | 07/15/15 | J | | |
| 123. - Kraft Foods Group Inc | | | | | Buy | 05/08/15 | J | | |
| 124. | | | | | Sold | 07/06/15 | J | B | |
| 125. - Newell Rubbermaid Inc | | | | | Buy | 03/18/15 | J | | |
| 126. | | | | | Sold | 06/22/15 | J | A | |
| 127. - Nextra Energy Inc Shs | | | | | Buy | 03/18/15 | J | | |
| 128. - Paychex Inc | | | | | Buy | 04/23/15 | J | | |
| 129. - US Treasury Strip Prin Zero% | | | | | Buy | 04/17/15 | J | | |
| 130. - Wells Fargo & Co New Del | | | | | Buy | 04/22/15 | J | | |
| 131. | | | | | Sold | 05/18/15 | J | A | |
| 132. - Medtronic PLC Shs | | | | | Buy | 07/20/15 | J | | |
| 133. VOYA Smart Design Variable Annuity Formerly ING Variable Ann) (L130) | D | Int./Div. | N | T | | | | | See Note Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brenneman Jr, Hugh W. | 02/06/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Lines 17-48, 49-94, 95-132 Are being treated as Aggregate Ownership Arrangements.
VII Line 49 Formerly named FIA Card Services NA RASP
VII Line 73 Formerly named FIA Card Services NA RASP
VII Line 89 Formerly named ING Smart Design Variable Annuity

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Hugh W. Brenneman Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544